UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

FILED
2013 AUG 15  AM 11: 57
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

| | |
|---|---|
| In re: Joseph Stephen Elder | Chapter 7 |
| Debtor(s) | Case No. 12-22771 |
| Wesley Spears, *Plaintiff* | |
| v. | Adversary Proceeding 13-02016 |
| JOSEPH STEPHEN ELDER, *Defendant* | August 15, 2013 |

## ANSWER

1. The defendant admits the allegation in paragraph 5 of the complaint.
2. The defendant denies the allegations in paragraph 6 of the complaint and leaves the plaintiff to his proof.
3. The defendant denies the allegations in paragraph 7 of the complaint and leaves the plaintiff to his proof.
4. The defendant denies the allegations in paragraph 8 of the complaint and leaves the plaintiff to his proof.
5. The defendant denies the allegations in paragraph 9 of the complaint and leaves the plaintiff to his proof.
6. The defendant denies the allegations in paragraph 10 of the complaint and leaves the plaintiff to his proof.
7. The defendant admits the allegations in paragraph 11 of the complaint.
8. The defendant admits to the allegation contained in paragraph 12.

COUNT ONE: FRAUD IN A FIDUCIARY CAPACITY (11 U.S.C. 523(a) (4))

1-11. The defendant denies the allegations contained in paragraphs 1-11.

12. The defendant admits to the allegation contained in paragraph 12.

13. The defendant denies the allegations in paragraph 13 of count one of the complaint and leaves the plaintiff to his proof.

14. The defendant denies the allegations in paragraph 14 of count one of the complaint and leaves the plaintiff to his proof.

COUNT TWO: WILLFUL AND MALICIOUS INJURY BY THE DEBTOR TO ANOTHER ENTITY (11 U.S.C. Section 523(a)(6))

1-10. The defendant denies the allegations contained in paragraphs 1-10.

11-12. The defendant admits to the allegation contained in paragraphs 11-12.

15. The defendant denies the allegations in paragraph 15 of the complaint and leaves the plaintiff to his proof.

### FIRST SPECIAL DEFENSE

1. The judgment obtained by the plaintiff on March 3, 2004 was obtained by fraud, deceit, duress and illegality not apparent on the face of the pleadings.

### SECOND SPECIAL DEFENSE

1. The judgment obtained by the plaintiff in paragraph 11 of the complaint is the subject of an appeal currently pending before the State of Connecticut appellate court.

THE DEFENDANT,
JOSEPH S. ELDER

By: /s/ Joseph S. Elder
Joseph S. Elder
661 Wethersfield Avenue
Hartford, CT 06114
Tel. (860) 296-3247
Federal Bar #ct01518
Email: jselderesq@msn.com

FILED

2013 AUG 15 AM 11: 57

## **CERTIFICATION**

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

THIS IS TO CERTIFY that on the 15th day of August, 2013, a true and accurate copy of the foregoing Answer was served by mail on the counsel for the plaintiff by general mail.

    Kevin J. Burns
    Cohen, Burns, Hard & Paul
    81 South Main Street
    West Hartford, CT 06107

                                    Joseph S. Elder
                                    661 Wethersfield Avenue
                                    Hartford, CT 06114
                                    Tel. (860) 296-3247
                                    Federal Bar #ct01518
                                    Email: jselderesq@msn.com