UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: | |
| JOSEPH STEPHEN ELDER, | CASE NO. 12-22771 |
| DEBTOR | CHAPTER 7 |
| WESLEY SPEARS, | |
| PLAINTIFF | |
| v. | ADV. PRO. NO. 13-02016 |
| JOSEPH STEPHEN ELDER, | |
| DEFENDANT | RE: ECF NO. 24 |

**ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

**WHEREAS** the Plaintiff's *Motion for Protective Order* (hereinafter, the "Motion"), ECF No. 24, and the *Defendant's Memorandum of Law in Opposition to Motion for Protective Order* (hereinafter, the "Objection"), ECF No. 29, came before the Court for hearing (hereinafter, the "Hearing") on October 24, 2013; and

**WHEREAS**, the Defendant, at the Hearing, represented to the Court that he was withdrawing the request for admissions and that he no longer sought discovery of the matters to which the Motion related;

**IT IS HEREBY ORDERED** that the Motion is **DENIED AS MOOT** without prejudice to refile in the event that the underlying request for admissions is not withdrawn as represented.

Dated: November 1, 2013                                                                                    BY THE COURT



Albert S. Dabrowski
Chief United States Bankruptcy Judge