Following a hearing held May 8, 2014, and the Court having reviewed the documents submitted in evidence by the Movant at the hearing, and having considered the arguments of the parties, the Motion is **DENIED**. (Distilled to its essence the Debtor-Defendant seeks sanctions against the Plaintiff for (i) prosecuting a Connecticut state court foreclosure action, and (ii) filing a complaint with the state court Grievance Committee, both alleged to be in violation of the discharge injunction. Foreclosure is an *in rem* action – in neither action does the Plaintiff does seek to enforce or collect on any judgment debt against the Debtor personally, and has represented he will not do so unless and until the underlying debt is determined non-dischargeable.)

*signature* 5-8-2014

**ALBERT S. DABROWSKI**
CHIEF UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:

JOSEPH STEPHEN ELDER,

DEBTOR,

CASE NO. 12-227771 (ASD)

CHAPTER 7

WESLEY SPEARS

PLAINTIFF,

ADV. PRO. NO. 13-02016

JOSEPH STEPHEN ELDER,

DEFENDANT.

MAY 4, 2014

**AMENDMENT TO MOTION FOR CONTEMPT**

Joseph Stephen Elder, the Defendant in the above-captioned adversarial proceeding and the debtor in the underlying bankruptcy case (hereinafter referred to as the Defendant), having filed a Motion for Contempt dated April 21, 2014 requesting that the bankruptcy court exercise its contempt power under 11 U.S.C. § 105, hereby files this amendment to his motion.